**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

ROBERT G KERESTES
asf SETSEREK INC., dba VIIII LIQUOR

PO BOX 233
RICE, MN 56367

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–9482       Case No: 12–30829 – KAC

MARGARET M KERESTES

PO BOX 233
RICE, MN 56367

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–7593

Debtor(s)                                                                                       Chapter 13 Case

## DISCHARGE OF CHAPTER 13 DEBTOR(S)

It appears that the debtors in the above case duly filed a petition commencing this case under Title 11 of the United States Code on 2/16/12, that an order for relief was entered under Chapter 13, that a plan was filed by the debtor(s) and confirmed by the court, that the trustee has reported or the court has determined that the debtor(s) has completed all payments under the plan.

**IT IS ORDERED:**

1. **Discharge:** The debtors in the above case are discharged from all debts dischargeable under 11 U.S.C. § 1328(a).
2. **Judgments:** Any judgment heretofore or hereafter obtained in any court other than this court is void under 11 U.S.C. § 524(a)(1) to the extent that such judgment is a determination of the personal liability of the debtor(s) with respect to any debt discharged or any debt determined by this court to be discharged by this order.
3. **Injunction:** All creditors are enjoined under 11 U.S.C. § 524(a)(2) from the commencement or continuation of an action, the employment of process, or any act to collect, recover or offset any such debt discharged or judgment voided as a personal liability of the debtor(s).
4. **Notice:** Discharge Hearing The clerk shall provide notice of this order as notice thereof to all creditors and other parties in interest. A hearing for the debtor(s) under 11 U.S.C. § 524(d) regarding the discharge and postpetition agreements will be held on motion of the debtor(s) or other party in interest.
5. **Property:** All property of the estate(s) is vested in the debtor(s) under applicable rules and 11 U.S.C. § 1327(b).

Dated: 3/28/16                                                                  Katherine A. Constantine
                                                                                United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on March 28, 2016
 Lori Vosejpka  Clerk, United States Bankruptcy Court
By: debbie Deputy Clerk

**dsc13** 05/30/2013 – pb

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 13 CASE

This court order grants a discharge to the persons named as the debtors after the debtors have completed all payments under the chapter 13 plan. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Minnesota

In re:  
ROBERT G KERESTES  
MARGARET M KERESTES  
       Debtors

Case No. 12-30829-KAC  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0864-3     User: debbie     Page 1 of 1     Date Rcvd: Mar 28, 2016  
                     Form ID: 13dsc     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2016.

```
db/jdb        +ROBERT G KERESTES,    MARGARET M KERESTES,    PO BOX 233,    RICE, MN 56367-0233
smg           +United States Attorney,    600 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
59741206      +ADVANCEME INC,    C/O GURSTEL CHARGO,    6681 COUNTRY CLUB DR,    GOLDEN VALLEY MN 55427-4601
59741208      +BANK OF AMERICA,    PO BOX 15331,    WILMINGTON DE 19850-5331
59741207      +BANK OF AMERICA,    ASSET ACCEPTANCE,    PO BOX 2036,    WARREN MI 48090-2036
59741209      +CHASE BANK/FIRST USA,    C/O ASSET MANAGEMENT PROF,    PO BOX 2824,    WOODSTOCK GA 30188-1386
59741214      +COLLECTION BUREAU LITTLE FALLS,    BOX 246,    LITTLE FALLS MN 56345-0246
59741211      +GREAT RIVER FEDERAL CREDIT UNION,    1532 ST GERMAIN ST W,    ST CLOUD MN 56301-4129
59741212      +GURSTEL LAW FIRM,    6681 COUNTRY CLUB DR,    GOLDEN VALLEY MN 55427-4601
59741215      +MINNESOTA POWER,    PO BOX 60,    LITTLE FALLS MN 56345-0060
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           +EDI: MINNDEPREV.COM Mar 29 2016 00:03:00     Minnesota Department of Revenue,
               Bankruptcy Section,    PO Box 64447,    St Paul, MN 55164-0447
smg           +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Mar 29 2016 01:58:16     US Trustee,
               1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
59917098      +E-mail/Text: rklepak@capitalaccessnetwork.com Mar 29 2016 01:58:13     ADVANCEME INC,
               2015 VAUGHN RD BLDG 500,    KENNESAW GA 30144-7831
59741210       EDI: DISCOVER.COM Mar 29 2016 00:03:00     DISCOVER,    PO BOX 6103,
               CAROL STREAM IL 60197-6103
59752979       EDI: DISCOVER.COM Mar 29 2016 00:03:00     Discover Bank DB Servicing Corporation,
               PO Box 3025,    New Albany, OH 43054-3025
59741213       EDI: IRS.COM Mar 29 2016 00:03:00     IRS,    PO BOX 7346,    PHILADELPHIA PA 19101-7346
59741216       EDI: MINNDEPREV.COM Mar 29 2016 00:03:00     STATE OF MINNESOTA,    DEPARTMENT OF REVENUE,
               BANKRUPTCY SECTION,    PO BOX 64447,    ST PAUL MN 55164-0447
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2016                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2016 at the address(es) listed below:

```
              Kyle Carlson    info@carlsonch13mn.com, barnesvillemn13@ecf.epiqsystems.com
              US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                                              TOTAL: 2
```